No. 924. The Corporation of St. Anthony in New Bedford, Petitioner, *v.* Michael J. Houlihan. April 3, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. James E. Cotter* for the petitioner. *Mr. Franklin T. Hammond* for the respondent.

No. 946. The Chesapeake & Ohio Railway Company, Petitioner, *v.* Jean D. McKell, Administratrix, etc. April 10, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Judson Harmon, Mr. Edward Colston* and *Mr. F. B. Enslow* for the petitioner. *Mr. John H. Holt, Mr. James F. Brown* and *Mr. Murray Seasongood* for the respondent.

No. 959. D. H. Hallock, Petitioner, *v.* The United States. April 10, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Frank Dale, Mr. A. G. C. Bierer, Mr. Earl W. Evans* and *Mr. R. R. Vermilion* for the petitioner. *The Attorney General* and *The Solicitor General* for the respondent.

No. 960. James H. Burton, Petitioner, *v.* Curtis M. Jennings, Sole Surviving Partner, etc. April 10, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. George H. Taylor, Jr., Mr. Charles R. Carruth,* and *Mr. Selig Edelman* for the petitioner. *Mr. Nelson Zabriskie* for the respondents.